JS-6 / Entered

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY ROUZAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>LORENA DORTA et al.,<br><br>          Defendants. | Case No. CV 12-1361-BRO (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 4.30.14

_____
BEVERLY REID O'CONNELL
U.S. DISTRICT JUDGE